# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| LINDA T. DANDRIDGE, Individually and as Personal Representative of the Estate of THOMAS C. DANDRIDGE, JR., deceased, : : : : : Plaintiff, : vs. : 3M COMPANY, et al., : Defendants. : | Civil Action No. 2:12-cv—00484-DCN **CONSENT DISMISSAL OF 3M COMPANY** |

COMES NOW Plaintiffs and Defendant 3M Company, pursuant to Rule 41, Federal Rules of Civil Procedure, and hereby moves to dismiss without prejudice all claims against Defendant 3M Company, each party to bear their own costs. Plaintiff expressly reserves her right to proceed against all other defendants as filed.

Respectfully submitted this 22nd day of September, 2015.

WE SO CONSENT:                              WE SO CONSENT:

 *s/ W. Christopher Swett*                    *s/Michael C. Griffin*
W. Christopher Swett                         Michael C. Griffin
MOTLEY RICE LLC                              Bradley Arant Boult Cummings LLP
Federal Bar No. 11177                        Federal Bar No. 10302
28 Bridgeside Blvd. (29464)                  Bank of America Corporate Center
PO Box 650001                                100 North Tryon Street, Suite 2690
Mt. Pleasant, SC 29465                       Charlotte, NC 28202
cswett@motleyrice.com                        (704) 338-6000
cswett@motleyrice.com                        (704) 332-8858 ~ Fax
*Attorneys for Plaintiff*                    mgriffin@babc.com
                                             *Attorneys for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of 3M Company's Consent Dismissal Without Prejudice upon all counsel of record in the above-referenced case via CM/ECF.

    s/ Michael C. Griffin
Michael C. Griffin
Bradley Arant Boult Cummings LLP
Federal Bar No. 10302
Bank of America Corporate Center
100 North Tryon Street, Suite 2690
Charlotte, NC 28202
(704) 338-6000
(704) 332-8858 ~ Fax
mgriffin@babc.com
*Attorneys for Defendant 3M Company*